| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | JUDGE CAPRONI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS PEREZ,<br><br>Defendant. | **Waiver of Indictment**<br><br>23 Cr.<br><br>23 CRIM 625 |

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 924(c) and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Carlos Perez
Defendant

_____
Witness

_____
Carla Sanderson, Esq.
Counsel for Defendant

Date: New York, New York
      November 30, 2023