USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA    :
:
       -against-    :    23-CR-625 (VEC)
:
:    <u>ORDER</u>
CARLOS PEREZ,    :
                Defendant.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 30, 2023, Defendant Carlos Perez waived indictment and pled guilty to Count One of the Information.

    IT IS HEREBY ORDERED that the parties must appear for sentencing on **Thursday March 28, 2024, at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Sentencing submissions are due no later than **Thursday, March 14, 2024**.

**SO ORDERED.**

Date: December 1, 2023
     New York, NY

                                              **VALERIE CAPRONI**
                                              **United States District Judge**